UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**SHERRIE HOWELL**  Case No. **14-15329-RAG**
Chapter 13

Debtor

MOTION TO DISMISS AND
NOTICE OF OPPORTUNITY FOR A HEARING

Comes now, NANCY L. SPENCER GRIGSBY, Chapter 13 Trustee herein and states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor has not been made as proposed.

The material default consists of $3,040.00, representing 4.00 plan payments.

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).

Respectfully Submitted,

Date: May 17, 2016

**/s/ NANCY L. SPENCER GRIGSBY**
NANCY L. SPENCER GRIGSBY
CHAPTER 13 TRUSTEE
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716
NGRIGSBY@CH13MD.COM

NOTICE OF OPPORTUNITY TO REQUEST A HEARING
TO THE DEBTOR AND COUNSEL OF RECORD

You are notified of the filing of the foregoing Motion by the Trustee stating that the Debtor is in material default with respect to the terms of the confirmed plan and requesting that the subject case be dismissed pursuant to 11 U.S.C. 1307 (c).

You are further notified that unless a responsive pleading is filed with the Court stating facts which controvert, justify or explain the Trustee's allegations and a copy of said pleading is served upon the Trustee on or before **June 07, 2016** together with a request for a hearing thereon, this case will be dismissed on such date and the case will be closed.  You are further advised that you may move to convert this case to a case under Chapter 7.  If you desire to do so, such action must be filed with the clerk's office before **June 07, 2016**.  A $25.00 fee is required to the clerk's office for conversion to Chapter 7.

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Dismiss and Notice of Opportunity for a Hearing was served on **May 17, 2016** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

SHERRIE HOWELL
1900 PERLMAN PLACE
BALTIMORE, MD  21213
*Debtor*

PRO SE - DEBTOR
ACTING AS OWN ATTORNEY

*Attorney for Debtor*

                                                                  /s/ NANCY L. SPENCER GRIGSBY
                                                                  NANCY L. SPENCER GRIGSBY
                                                                  CHAPTER 13 TRUSTEE

**RECEIPT HISTORY**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
| --- | --- | --- | --- |
| 05/06/2014 | 1143900090 | MONEY ORDER FROM DEBTOR | $150.00 |
| 08/01/2014 | 1143900353 | MONEY ORDER FROM DEBTOR | $450.00 |
| 10/22/2014 | 349484789 | MONEY ORDER FROM DEBTOR | $300.00 |
| 11/24/2014 | 1143900768 | MONEY ORDER FROM DEBTOR | $150.00 |
| 01/09/2015 | 349782244 | MONEY ORDER FROM DEBTOR | $150.00 |
| 01/12/2015 | 349782438 | MONEY ORDER FROM DEBTOR | $150.00 |
| 02/17/2015 | 1143901021 | MONEY ORDER FROM DEBTOR | $150.00 |
| 03/10/2015 | 1143901088 | MONEY ORDER FROM DEBTOR | $150.00 |
| 05/12/2015 | 1143901300 | MONEY ORDER FROM DEBTOR | $310.00 |
| 05/12/2015 | 1143901299 | MONEY ORDER FROM DEBTOR | $150.00 |
| 07/02/2015 | 1143901437 | MONEY ORDER FROM DEBTOR | $410.00 |
| 12/14/2015 | 3358 | PERSONAL CHECK FROM DEBTOR | $167.00 |
| 01/08/2016 | 3366 | PERSONAL CHECK FROM DEBTOR | $167.00 |
| 03/25/2016 | 3380 | PERSONAL CHECK FROM DEBTOR | $167.00 |

**TOTAL RECEIPTS: $3,021.00**