BALTIMORE-NIGHT BOX
2016 JUN -7 PM 6:25

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: Sherrie Howell

Debtor(s).

Case No. 14-15329
Chapter 13

RESPONSE TO MOTION TO DISMISS AND
REQUEST FOR HEARING THEREON

Now comes the Debtor, Sherrie Howell, and responds to the Motion to Dismiss as follows:

1. The Debtor admits the allegations of the Chapter 13 Trustee.
2. The Debtor has made a substantial payment towards the plan payment arrears in this matter as of this writing.
3. Debtor submits that the remaining arrears as well as the current month's payment will be paid within the next three weeks (21 days).
4. Debtor further submits that the arrears in this matter were caused by the unforeseen circumstances of Debtor's automobile going up on her and requiring substantial repairs and rental car expenses.

Wherefore it is requested that the Motion to Dismiss be denied.

Date: 6/07/2016

/s/
Sherrie T. Howell

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of June 2016, a Copy of the Debtor's Response to Motion to Dismiss and Request for hearing thereon was forwarded via first class mail postage prepaid to: the Chapter 13 Trustee and all parties on the attached mailing matrix.

/s/
Sherrie T. Howell

Case 14-15329   Doc 72   Filed 06/07/16   Page 2 of 2

Label Matrix for local noticing
0416-1
Case 14-15329
District of Maryland
Baltimore
Sun Nov 8 21:49:46 EST 2015

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177-7754

BG&E
PO Box 1475
Baltimore, Md 21203-1475

Comcast Cable
8029 Corporate Drive
Nottingham, MD 21236-4977

Comptroller of the Treasury
300 W. Preston St, Room 409
Baltimore, MD 21201-2309

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Emergency Physicians assoc
PO Box 636885
Cincinnati, OH 45263-6885

Extra Space Storage
2300 N Howard St
Baltimore, MD 21218-5007

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2284

First Mariner Bank
PO Box 25959
3301 Boston St
Baltimore, MD 21224-4977

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Knowles Publishing, Inc.
PO Box 911004
Fort Worth, TX 76111-9104

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WEHRLE DRIVE
WILLIAMSVILLE NY 14221-7748

M&T Mortgage
C/O Atlantic Law Group, LLC
1602 Village Market Blvd, SE, Ste 310
Leesburg, VA 20175-4716

Maryland Comptroller of Treasury
Compliance Division
110 Carroll St., Rm. 100
Annapolis, MD 21411-1000

Mayor and City of Counsel of Baltimore
Dept of Finance
Abel Wolman Building
200 Holiday St
Baltimore, MD 21202-3683

MedStar Good Samaritan Hospital
5601 Loch Raven Blvd,
Baltimore, MD 21239-2991

R & R Recoveryy
PO Box 21575
Pikesville, Md 21282-1575

Seventh Avenue
1112 7th Ave.
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

State of Maryland CCU
300 West Preston St
First Floor
Baltimore, MD 21201-2308

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

Thomson Reuters
D6- 1 1Accounts Receivable
610 Opperman Dr.
Eagan, MN 55123-1340

US Departrment of Education
PO Box 5609
Greenville, TX 75403-5609

US Dept of Education
PO Box 16448
St. Paul, MN 55116-0448

VMS Services
PO Box 2006
Great Falls, MT 59403-2006

Verizon
PO Box 33078
St. Petersburg, FL 33733-8078

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716-3164