IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>SHERRIE HOWELL<br>    Debtor | Case No. 14-15329-RAG<br>(Chapter 13) |
| M&T BANK<br><br>    Movant<br><br>  v.<br><br>SHERRIE HOWELL, et al.<br><br>    Respondents | Ref. Dkt. #70 |

## NOTICE OF INTENT TO FORECLOSE

COMES NOW, M&T Bank ("Movant") by undersigned counsel hereby give notice of the following:

1. That a Consent Order Modifying Automatic Stay ("Consent Order") was entered by this Court on July 9, 2015.

2. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on April 19, 2016.

3. The Debtor has failed to cure the Notice of Default.

Pursuant to the terms of the Consent Order and Notice of Default entered herein and the Debtor's failure to cure the Notice of Default, the Automatic Stay is terminated and M&T Bank is free to exercise its rights under the terms of the Note and Deed of Trust.

Respectfully submitted,

 /s/ Kathryn E. Smits
Kathryn E. Smits, Bar #13912
ksmits@atlanticlawgrp.com
Patrick M. A. Decker, Bar #19259
pdecker@atlanticlawgrp.com
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
*Counsel for M&T Bank*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Notice of Intent to Foreclose were mailed by first class mail, postage-paid, or served electronically this 9th day of June, 2016 to the following parties:

Sherrie Howell
1900 Perlman Place
Baltimore, MD 21213
*Debtor*

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716
*Trustee*

   /s/ Kathryn E. Smits
Kathryn E. Smits, Esquire
Patrick M. A. Decker, Esquire