# CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| | |
|---|---|
| Loan Number: | ▓▓▓▓▓ |
| Mortgagor Last Name: | Howellyoung |
| Property Address: | 1900 Perlman PL Baltimore MD 21213 |
| Date Produced: | _____ |

| | |
|---|---|
| Filing Date: | 4/4/2014 |
| Case Number: | 14-15329 |
| Investor: | M and T Bank |
| Next Analysis: | |

## POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 6/24/2014 | 5/1/2014 | $875.00 | $863.23 | 5/1/2014 | payment | $11.77 | $11.77 | $11.77 |
| 7/30/2014 | 6/1/2014 | $2,700.00 | $863.23 | 6/1/2014 | payment | $1,836.77 | $1,836.77 | $1,848.54 |
| | | | $863.23 | 7/1/2014 | payment | -$863.23 | -$863.23 | $985.31 |
| | | | $863.23 | 8/1/2014 | payment | -$863.23 | -$863.23 | $122.08 |
| 11/7/2014 | 9/1/2014 | $1,164.00 | $863.23 | 9/1/2014 | payment | $300.77 | $300.77 | $422.85 |
| 12/17/2014 | 10/1/2014 | $950.00 | $863.23 | 10/1/2014 | payment | $86.77 | $86.77 | $509.62 |
| 2/17/2014 | 11/1/2014 | $1,000.00 | $863.23 | 11/1/2014 | payment | $136.77 | $136.77 | $646.39 |
| 6/11/2015 | 12/1/2014 | $2,000.00 | $863.23 | 12/1/2014 | payment | $1,136.77 | $1,136.77 | $1,783.16 |
| 6/11/2015 | 1/1/2015 | | $863.23 | 1/1/2015 | payment | -$863.23 | -$863.23 | $919.93 |
| 6/11/2015 | 2/1/2015 | | $863.23 | 2/1/2015 | payment | -$863.23 | -$863.23 | $56.70 |
| 6/26/2015 | 3/1/2015 | $865.00 | $863.23 | 3/1/2015 | payment | $1.77 | $1.77 | $58.47 |
| 7/9/2015 | 4/1/2015 | $865.00 | $863.23 | 4/1/2015 | payment | $1.77 | $1.77 | $60.24 |
| 9/25/2015 | 5/1/2015 | $865.00 | $863.23 | 5/1/2015 | payment | $1.77 | $1.78 | $62.02 |
| 10/16/2015 | | $647.00 | $863.23 | suspense | suspense | -$216.23 | $647.00 | $709.02 |
| 11/5/2015 | 6/1/2015 | $875.00 | $863.23 | 6/1/2015 | payment | $11.77 | $11.77 | $720.79 |
| 12/2/2015 | 7/1/2015 | $900.00 | $863.23 | 7/1/2015 | payment | $36.77 | $36.77 | $757.56 |
| 1/8/2016 | 8/1/2015 | $920.00 | $863.23 | 8/1/2015 | payment | $56.77 | $56.77 | $814.33 |
| 2/11/2016 | 9/1/2015 | $920.00 | $863.23 | 9/1/2015 | payment | $56.77 | $56.77 | $871.10 |
| 2/11/2016 | 10/1/2015 | from suspense | $863.23 | 10/1/2015 | payment | -$863.23 | -$863.23 | $7.87 |
| 4/15/2016 | **11/1/2015** | $920.00 | **$916.42** | 11/1/2015 | payment | $3.58 | $3.58 | $11.45 |
| 4/15/2016 | 12/1/2015 | $920.00 | $916.42 | 12/1/2015 | payment | $3.58 | $3.58 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |
| | | | | | | $0.00 | $0.00 | $15.03 |