# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | |
| **Sherrie Howell** | Case No. **14-15329-RAG** |
| | Chapter 13 |
| Debtor(s) | |

## TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, request the Court to disallow the proof of claim filed on behalf of M&T Bank (Claimant") filed on August 6, 2014 in the amount of $199,493.92 with an arrearage of $25,884.16 (the "Claim").  The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case; (2) advised the Trustee that collateral securing the claim has been or will be executed upon; and (3) failed either to withdraw the Claim or to amend the Claim to resulting from the execution.  The balance of the Claim should be disallowed to permit plan funds to be disbursed to other creditors.

WHEREFORE, the Trustee prays that the Court disallow the Claim.

Respectfully submitted,

Date: August 8, 2016

**/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ngrigsby@ch13md.com

PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the courts discretion.

**CERTIFICATE OF SERVICE**

    I hereby certify that this Motion to Disallow was served on August 8, 2016 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

| | |
|---|---|
| Sherrie Howell<br>1900 Perlman Place<br>Baltimore, MD 21213<br>*Pro Se Debtor(s)* | Kathryn E. Smits, Esq.<br>Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177<br>*Attorney for Creditor* |
| M&T Bank<br>1 Fountain Plaza<br>Buffalo, NY 14203<br>*Creditor's Address on Claim* | Manufacturers & Traders Trust Company<br>One M&T Plaza<br>Buffalo, NY 14203<br>*Owner's Location* |
| M&T Bank<br>PO Box 62182<br>Baltimore, MD 21264-2182<br>*Creditor's Address on Claim* | M&T Bank<br>22nd Floor<br>25 South Charles St.<br>Baltimore, MD 21201<br>*Additional Address for Creditor* |
| Renee Dyson, Esq.<br>Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177<br>*Attorney filing claim on behalf of M&T Bank* | M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br>*Creditor Correspondence Address* |

    I hereby certify that this Motion to Disallow was served on August 8, 2016 to the following recipients by Certified Mail; return receipt requested:

M&T Bank
Attn: Robert G. Wilmers
One M and T Plaza
Buffalo, NY 14203
*Chief and Executive Officer and Chairman*

                                                **/s/ Nancy Spencer Grigsby**
                                                Chapter 13 Trustee