FILED
2017 APR 11 AM 10: 06
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In Re: Sherrie T. Howell

    Debtor

Case No.: 14-15329

Chapter 7

## MOTION TO APPROVE MODIFICATION OF SECURED DEBT

The Debtor, Sherrie T. Howell, pro se, files this Motion To Approve Modification of Secured Debt and respectfully state as follows:

1.    That the debt for which the Court's approval is sought is for modification of an existing mortgage loan with M & T Bank in the amount of $113,308.00 One thirteen thousand three hundred eight dollars with a monthly payment of $1,143.00, on Debtor's real property known as, 1900 Perlman Place, Baltimore MD 21213.

2.    That the Debtor has been approved for loan modification by M & T Bank with a fixed interest rate of 6.0% per annum and payable at the rate of $1,103.00 per month.

3.    That under the terms of the proposed modification the arrears to M&T Bank in the amount of $34,070.00 will be rolled into the remaining principal and the Deed of Trust will mature on January 1, 2039.

4.    That the Debtor 's creditors will not be prejudiced as a result of this modification.

5.    That attached hereto is a copy of the offer for Loan Modification and the proposed Loan Modification Agreement.

6. That a copy of this motion has on this date been served on the Chapter 7 Trustee serving in the case, the United States Trustee and all parties on the attached mailing matrix.

WHEREFORE, Debtor moves this Honorable Court to enter an Order Approving the proposed Mortgage Modification.

Dated: 4/10/2017

_____
Sherrie T. Howell
1900 Perlman Place
Baltimore, MD 21213
443-804-5415
sherriet1900@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify, that on April 10, 2017, a copy of the Motion To Approve Modification Of Secured Debt was mailed via first class mail to the U. S. Trustee's Office, Mark J. Friedman, DLA Piper LLP, 6225 Smith Avenue, Baltimore, MD 21209, Chapter 7 Trustee, and M & T Bank, Bankruptcy Department 475 Crosspoint Parkway, Getzville, NY 14068 and all parties on the attached mailing Matrix.

_____
Sherrie T. Howell

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 14-15329<br>District of Maryland<br>Baltimore<br>Sun Nov  8 21:49:46 EST 2015 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177-7754 |
| BG&E<br>PO Box 1475<br>Baltimore, Md 21203-1475 | Comcast Cable<br>8029 Corporate Drive<br>Nottingham, MD 21236-4977 | Comptroller of the Treasury<br>300 W. Preston St, Room 409<br>Baltimore, MD 21201-2309 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Emergency Physicians assoc<br>PO Box 636885<br>Cincinnati, OH 45263-6885 | Extra Space Storage<br>2300 N Howard St<br>Baltimore, MD 21218-5007 |
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | First Mariner Bank<br>PO Box 25959<br>3301 Boston St<br>Baltimore, MD 21224-4977 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Knowles Publishing, Inc.<br>PO Box 911004<br>Fort Worth, TX 76111-9104 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WEHRLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | M&T Mortgage<br>C/O Atlantic Law Group, LLC<br>1602 Village Market Blvd, SE, Ste 310<br>Leesburg, VA 20175-4716 |
| Maryland Comptroller of Treasury<br>Compliance Division<br>110 Carroll St., Rm. 100<br>Annapolis, MD 21411-1000 | Mayor and City of Counsel of Baltimore<br>Dept of Finance<br>Abel Wolman Building<br>200 Holiday St<br>Baltimore, MD 21202-3683 | MedStar Good Samaritan Hospital<br>5601 Loch Raven Blvd,<br>Baltimore, MD 21239-2991 |
| R & R Recoveryy<br>PO Box 21575<br>Pikesville, Md 21282-1575 | Seventh Avenue<br>1112 7th Ave.<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| State of Maryland CCU<br>300 West Preston St<br>First Floor<br>Baltimore, MD 21201-2308 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 |
| Thomson Reuters<br>D6- 1 1Accounts Receivable<br>610 Opperman Dr.<br>Eagan, MN 55123-1340 | US Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | US Dept of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| VMS Services<br>PO Box 2006<br>Great Falls, MT 59403-2006 | Verizon<br>PO Box 33078<br>St. Petersburg, FL 33733-8078 | Nancy Spencer Grigsby<br>4201 Mitchellville Road<br>Suite 401<br>Bowie, MD 20716-3164 |



November 28, 2016

Sherrie T. Howell Young
1900 Perlman Pl.
Baltimore, MD 21213

Re: Loan Number 0090331745

Dear Mortgage Customer(s):

We are pleased to enclose your loan modification documents. In addition to the Loan Modification, the documents included in this package may include a Subordinate Note and Subordinate Mortgage/Deed of Trust, which is referenced on a separate letter.

This letter will explain what you have to do and is broken down by steps you have to complete. As you finish each step, you can "check the box" next to the requirement so you will know it's done.

**IMPORTANT INFORMATION:**

We must receive these documents, properly signed and notarized by **December 13, 2016** in order for processing of your loan modification to continue. If applicable, you must include **$82.46** as your contribution amount.

M & T Bank reserves the right to decline your loan modification, even after we receive these documents, if we determine there are title issues relating to your property that would negatively affect its lien priority.

If all requirements of the loan modification have been met, including receipt of required funds, M & T Bank will sign the loan modification documents where applicable, and send you a copy for your records.

It can take up to sixty (60) days for all of the changes associated with your modification to be completed. You will not receive a billing statement during this period. Until you receive a statement that shows the changes, please continue to make your new monthly payment in the amount of **$1,103.97** and send to:

M & T Bank
P.O. Box 840
Buffalo, NY 14240-0840
Attention: Homeowner Assistance Center.

We have enclosed two (2) temporary payment coupons you can use to make your payments.

Revised 11.16.16

If you do not send in your monthly payments, M & T bank won't be able to apply any funds collected for your loan modification, such as late fees and returned check fees, until your loan is brought current.

## QUESTIONS ABOUT THIS LOAN MODIFICATION PACKAGE:

If you have any questions, please contact your SPOC representative at 1-800-724-1633.

Sincerely,

M&T Bank
Homeowner Assistance Center
Hours: Mon.-Thur. 8am-9pm, Friday 8am-5pm, Saturday 8am-12pm EST
Phone: 1-800-724-1633
Fax: 1-855-678-0866
KER

Revised 11.16.16

Prepared by
-Elizabeth Kerchoff
Asset Manager
M&T BANK
475 Crosspoint Pkwy Getzville, NY 14068

_____ [Space Above This Line For Recording Data] _____

TAX ID 08-02-4171-103

## LOAN MODIFICATION AGREEMENT
(Providing for Fixed Interest Rate)

This Loan Modification Agreement ('Agreement'), made this _____, 20____ between **SHERRIE T HOWELL-YOUNG, AS SOLE OWNER** ('Borrower(s)') and **M&T BANK** ('Lender'), with an address of 475 Crosspoint Pkwy Getzville, NY 14068, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the 'Security Instrument'), and Timely Payment Rewards Rider, if any, dated October 20, 1999 and recorded in Book 9029 at Page 385 in Instrument Number N/A at County of BALTIMORE, State of MARYLAND and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the 'Property', located at **NO. 1900 PERLMAN PLACE BALTIMORE CITY MARYLAND 21213**, and more particularly described as follows:

-All that tract or parcel of land as shown on Schedule A which is annexed hereto and incorporated herein as Exhibit A-

This is to certify that this instrument was prepared by a Maryland attorney or by one of the parties named in the instrument.

_____
Elizabeth Kerchoff
Asset Manager for M&T BANK

SHERRIE T HOWELLYOUNG;                                                  _____ Initials

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument         Form 3179   06/06 (rev. 01/09)

The Beneficial Interest under said Mortgage was assigned of record to M&T Bank, by assignment, recorded March 3, 2010, (book) 12452 (page) 109, Official Records.

A purported assignment of beneficial interest under said Deed of Trust/Mortgage recorded August 21, 2013, (book) 15547 (page) 070, Official Records, M&T Bank, Assignor, James E. Clarke, Renee Dyson and Shannon Menapace, Assignee.

With the original principal balance of U.S. $142,000.00, with pre-modification principal of U.S. $113,308.50, and with capitalized amount of U.S. $29,091.88.

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of first day of December, 2016 the amount payable under the Note and the Security Instrument (the 'Unpaid Principal Balance') is U.S. $142,400.38 consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance and continuing thereafter until the Maturity Date (as hereinafter defined), on the first day of January 2039, at the yearly rate of 6.000% from first day of November, 2016. Borrower promises to pay monthly payments of principal and interest in the amount of U.S $969.18 beginning on the first day of December, 2016 and shall continue the monthly payments thereafter on the same day of each succeeding month until principal and interest are paid in full. The new Maturity Date will be January 01, 2039.

   Borrower's payment schedule for the modified Loan is as follows for the term of 22.16 years:

   | Interest Rate Change | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Payment Begins On | Number of Monthly Payments |
   |---|---|---|---|---|---|
   | 1 | 6.000% | first day of November, 2016 | $969.18 | first day of December, 2016 | 266 |

   If on January 01, 2039 (the 'Maturity Date'), Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

SHERRIE T HOWELLYOUNG: _____ Initials

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument         Form 3179   06/06 (rev. 01/09)

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

   (b) all terms and provisions of any adjustable rate rider or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

   (c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

   (d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

SHERRIE T HOWELL YOUNG:                                           _____/_____ Initials

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument        Form 3179    06/06 (rev. 01/09)

(e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

6. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

7. Borrower will pay to Lender on the day payments are due under the Loan Documents as amended by this Agreement, until the Loan is paid in full, a sum (the 'Funds') to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over the Mortgage as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under the Loan Documents; (d) mortgage insurance premiums, if any, or any sums payable to Lender in lieu of the payment of mortgage insurance premiums in accordance with the Loan Documents; and (e) any community association dues, fees, and assessments that Lender requires to be escrowed. These items are called 'Escrow Items.' Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in the Loan Documents, as the phrase 'covenant and agreement' is used in the Loan Documents. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under the Loan Documents and this Agreement and pay such amount and Borrower shall then be obligated to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with the Loan Documents, and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this paragraph.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Unless an agreement is made in writing or applicable law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender and Borrower

SHERRIE T HOWELLYOUNG;                                                      _____ Initials

LOAN MODIFICATION AGREEMENT----Single Family---Fannie Mae Uniform Instrument         Form 3179    06/06 (rev. 01/09)

can agree in writing, however, that interest shall be paid on the Funds. Lender shall provide Borrower, without charge, an annual accounting of the Funds as required by RESPA. If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments. Upon payment in full of all sums secured by the Loan Documents, Lender shall promptly refund to Borrower any Funds held by Lender.

SHERRIE T HOWELL YOUNG;

_____ Initials

**LOAN MODIFICATION AGREEMENT**—Single Family—Fannie Mae Uniform Instrument       Form 3179   06/06 (rev. 01/09)

_____(Seal)
**SHERRIE T HOWELL-YOUNG**

State of _MD_
County of _Bath_

On the _10_ day of _Dec_ in the year _2016_ before me, the undersigned, personally appeared **SHERRIE T HOWELL-YOUNG** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or person upon behalf of which the individual acted, executed the instrument

_C. Shawthor_
Notary Public

My Commission expires: _10/20/17_

SHERRIE T HOWELLYOUNG;

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae Uniform Instrument

_____ Initials

Form 3179   06/06 (rev. 01/09)